```
               IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION


MICHAEL WAYNE GILLILAND                                  PETITIONER

v.                         No. 14-6139

WENDY KELLEY, Director,
Arkansas Department of Correction                        RESPONDENT
```

## ORDER

Now on this 16th day of June, 2015, there comes on for consideration the report and recommendation (Doc. 12) filed in this matter by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Also before the Court are Petitioner's objections (Doc. 13) and Respondent's response to objections (Doc. 14).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's 28 U.S.C. § 2254 petition (Doc. 1) is hereby DENIED and DISMISSED WITH PREJUDICE as his claims are procedurally defaulted or are otherwise without merit.

IT IS SO ORDERED.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```