IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL WAYNE GILLILAND                                            PETITIONER

v.                                  No. 6:14-CV-06139

WENDY KELLEY, Director,
Arkansas Department of Correction                                   RESPONDENT

## ORDER

The Court has received a report and recommendations (Doc. 21) from Chief United States Magistrate Judge Barry A. Bryant and objections (Doc. 23) from Petitioner Michael Wayne Gilliland. The Magistrate recommends that a certificate of appealability in this case be denied. Upon due consideration, the Court finds that Petitioner's objections offer neither law nor fact requiring departure from the Magistrate's findings and recommendations, that the Magistrate's report does not otherwise contain any clear error, and that the Magistrate's report should be, and hereby is, ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Petitioner Michael Wayne Gilliland's text only motion for a certificate of appealability, filed July 6, 2015 and supplemented August 6, 2015, is DENIED.

IT IS SO ORDERED this 19th day of July, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE